UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF MARYLAND
Baltimore Division
101 West Lombard Street Ste. 8530
Baltimore, Maryland 21201

**IN RE:**
Steven Collins                     Case No:          10-17911
Debtor(s)                          Chapter:          7

Steven Collins

    Vs.

Chase Bank USA N.A.

### MOTION TO DISMISS

Respondent, having failed to appear for hearing on August 4, 2010, your movant respectfully moves to dismiss respondents claim.

### CERTIFICATE OF SERVICE

I hereby certify that a copy of Motion to Dismiss was mailed first class, postage paid, this 4th day of August 4, 2010 to:

Lawrence Gary Reinhold  (Counsel for creditor Chase Bank USA N. A.)
Weinstein & Riley P.S.
525 Rocky Hollow Drive
Akron. OH 44313-5945

                                        Steven Collins

FILED 2010 AUG -5 PM 12:29 BALTIMORE MARYLAND COURT